```
                              FILED
                         CLERK, U.S. DISTRICT COURT

                         September 25, 2020

                         CENTRAL DISTRICT OF CALIFORNIA
                         BY: Natalie L. Calkins DEPUTY
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar ) ) ) of ) ) Judge JOHN W. HOLCOMB ) ) | ORDER OF THE CHIEF JUDGE<br><br>**20-117** |

      Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge John W. Holcomb,

      IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Cormac J. Carney to the calendar of John W. Holcomb:

| | |
|---|---|
| 2:19-cv-01833-CJC-MRW | Dwain Scales v. W. L. Montgomery |
| 2:19-cv-02100-CJC-PLAx | A.M. v. County of Los Angeles, et al |
| 2:19-cv-06288-CJC | United States of America v. Kierre Najla |
| 2:19-cv-07147-CJC-SHK | Anthony Conners v. Kathy et al |
| 2:19-cv-07728-CJC-AFMx | Juan Foster v. Georgia-Pacific LLC et al |
| 2:19-cv-08334-CJC-RAOx | Securities and Exchange Commission v. Kai Christian Petersen et al |
| 2:19-cv-09436-CJC-Ex | James Laukat et al v. ABB, Inc., et al. |
| 2:20-cv-00527-CJC-MAAx | Harold J. Davidson v. United Services Automobile Association |
| 2:20-cv-01622-CJC-PD | DeOnte Anthony Walker v. K. Clark |
| 2:20-cv-02551-CJC-JPRx | Linda Lopez et al v. United States of America |
| 2:20-cv-03287-CJC-PJWx | J D Factors, LLC v. Feed-Lease Corp et al |
| 2:20-cv-03942-CJC-Ex | Carlos A. Aguilar v. Nationwide Legal, LLC et al |
| 2:20-cv-04215-CJC-JPRx | Ana Avila et al v. Trinet HR XI Inc., et al |
| 2:20-cv-04375-CJC-AGRx | Honda Trading America Corporation v. BASF Corporation, et al |
| 5:18-cv-01559-CJC-SHKx | Ariana Miles v. Kirkland's Stores, Inc. |
| 5:20-cv-00322-CJC-KKx | Abdel Malak v. John Doe |

In the Matter of the
Creation of Calendar for
District Judge John W. Holcomb                                                                                   2
_____

| | |
|---|---|
| 5:20-cv-00335-CJC-SHKx | Lori Myers v. Starbucks Corporation et al |
| 5:20-cv-01564-CJC-KES | Paul B. Myers v. Unknown |
| 8:17-cv-01887-CJC-JDE | Alternate Health USA Inc. et al v. Paul Edalat |
| 8:17-cv-01912-CJC-KSx | Don Thompson v. BMW of North America, LLC et al |
| 8:20-cv-00983-CJC-DFMx | Swirlate IP LLC v. Getac, Inc. |
| 8:20-cv-01283-CJC-ADS | Theresa Reisfelt v. Topco Associates, LLC et al |
| 8:20-cv-01494-CJC-JDEx | Felipe Vasquez v. RSI Home Products, Inc. et al |
| 8:20-cv-01555-CJC-DFMx | Jazmine Langford v. Bristol Point Financial, Inc. |

DATED: September 25, 2020

_____
Chief Judge Philip S. Gutierrez