**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES, LLP**
HELEN I. ZELDES (220051)
hzeldes@sshhzlaw.com
BEN TRAVIS (305641)
btravis@sshhzlaw.com
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 400-4990

PAUL L. HOFFMAN (71244)
hoffpaul@aol.com
JOHN C. WASHINGTON (315991)
jwashington@sshhzlaw.com
200 Pier Avenue, #226
Hermosa Beach, CA 90245
Telephone: (310) 396-0731

CATHERINE E. SWEETSER (271142)
csweetser@sshhzlaw.com
11543 West Olympic Blvd.
Los Angeles, CA 90064
Telephone: (310) 396-0731

*Attorneys for Plaintiff,*
*LORI MYERS.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI MYERS, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STARBUCKS CORPORATION, a Washington Corporation; MARS WRIGLEY CONFECTIONERY US, LLC, a Delaware Corporation; THE QUAKER OATS COMPANY, a New Jersey Corporation and; DOES 1-10, inclusive,<br><br>Defendants. | Case No: 5:20-cv-00335-JWH-SHKx<br><br>*Assigned to: Hon. John. W. Holcomb*<br><br>**PLAINTIFF'S *EX PARTE* APPLICATION FOR THE COURT TO CONSIDER PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE** |

## ***EX PARTE*** **APPLICATION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Lori Myers ("Plaintiff") will and hereby does apply *ex parte* for an Order that the Court will consider Plaintiff's accompanying Request for Judicial Notice in determining whether to grant or deny Starbucks Corporation's ("Starbucks") Motion to Dismiss. Plaintiff applies to the Court pursuant to Local Rule 7-19 and this Court's Standing Order on *ex parte* applications. Plaintiff bases her *ex parte* application on this application, the following Memorandum and the accompanying Declaration of Helen I. Zeldes. Plaintiff has good cause for this application.

Plaintiff has recently come across newly-discovered evidence that is pertinent to the Court's consideration of Defendant Starbucks's pending Motion to Dismiss which is set for hearing on December 11, 2020. Plaintiff's counsel has served a copy of this application and all supporting papers on Starbucks' counsel via ECF. In accordance with Local Rule 7-19, the names, addresses, telephone numbers and e-mail addresses of Starbucks' counsel are in the following Memorandum. Plaintiff's counsel provided notice of this *ex parte* application to Starbucks' counsel by telephone on December 3, 2020. Starbucks' counsel indicated that he would oppose this application.

Date: December 4, 2020

SCHONBRUN SEPLOW HARRIS
HOFFMAN & ZELDES, LLP

By: /s/ *Helen I. Zeldes*
Helen I. Zeldes
Paul Hoffman
Catherine Sweetser
John Washington
Ben Travis

*Attorneys for Plaintiff,*
*LORI MYERS.*

# MEMORANDUM

## I. INTRODUCTION

Plaintiff seeks to have the Court consider her accompanying Request for Judicial Notice, when determining whether to grant or deny Defendant Starbucks Corporation's ("Starbucks" or "Defendant") Motion to Dismiss ("Motion"), which is currently set for hearing on December 11, 2020. Plaintiff recently came across newly-discovered evidence which support the arguments made in her opposition to the Motion, that Starbucks' cocoa is not ethically sourced, and seeks to have the Court to take judicial notice of those documents. Plaintiff's intention is to have the Court consider those documents in determining whether Starbucks' Motion should be denied, and if the Court should grant its Motion, that leave should be granted to amend the Complaint to include the facts contained in the newly-discovered evidence and to incorporate those documents into the amended Complaint.

## II. *EX PARTE* RELIEF IS WARRANTED

*Ex parte* relief is warranted where the moving party shows that: (1) its cause will be irreparably prejudiced in the absence of *ex parte* consideration of its motion, and (2) it is without fault in creating the urgency. *Mission Power Eng'g Co. v. Cont'l Cas. Co.*, 883 F. Supp. 488, 492 (C.D. Cal. 1995). Plaintiff only recently came across the newly-discovery evidence which are historical screenshots of Defendant's website, and are no longer readily available on its website. Plaintiff was not aware of this evidence when filing her Complaint or her opposition to the Motion. Plaintiff has not delayed after discovering this evidence and seeks this *ex parte* relief immediately. Plaintiff will be irreparably harmed if this application is not granted, as she believes this evidence is particularly relevant for the Court's consideration of the Motion and whether to grant leave to amend. If Defendant's motion is granted without leave to amend, Plaintiff will be irreparably harmed.

///

///

As required by Local Rule 7-19, the names, addresses, telephone numbers and e-mail addresses of opposing counsel are:

Sascha Henry
Robert J. Guite
333 South Hope, 43rd Floor
Los Angeles, CA 90071-1422
Telephone: (213) 620-1780
Facsimile: (213) 620-1398
Email: shenry@sheppardmullin.com
Email:  rguite@sheppardmullin.com

### III.  CONCLUSION

For the foregoing reasons, the Court should grant Plaintiff's *ex parte* application and consider Plaintiff's Request for Judicial Notice.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: December 4, 2020 | SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES, LLP |
|  | By: /s/ *Helen I. Zeldes* <br> Helen I. Zeldes <br> Paul Hoffman <br> Catherine Sweetser <br> John Washington <br> Ben Travis |
|  | *Attorneys for Plaintiff,* <br> LORI MYERS. |