**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES, LLP**
HELEN I. ZELDES (220051)
hzeldes@sshhzlaw.com
BEN TRAVIS (305641)
btravis@sshhzlaw.com
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 400-4990

PAUL L. HOFFMAN (71244)
hoffpaul@aol.com
JOHN C. WASHINGTON (315991)
jwashington@sshhzlaw.com
200 Pier Avenue, #226
Hermosa Beach, CA 90245
Telephone: (310) 396-0731

CATHERINE E. SWEETSER (271142)
csweetser@sshhzlaw.com
11543 West Olympic Blvd.
Los Angeles, CA 90064
Telephone: (310) 396-0731

*Attorneys for Plaintiff,*
*LORI MYERS.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI MYERS, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STARBUCKS CORPORATION, a Washington Corporation; MARS WRIGLEY CONFECTIONERY US, LLC, a Delaware Corporation; THE QUAKER OATS COMPANY, a New Jersey Corporation and; DOES 1-10, inclusive,<br><br>Defendants. | Case No: 5:20-cv-00335-JWH-SHKx<br><br>*Assigned to: Hon. John. W. Holcomb*<br><br>**DECLARATION OF HELEN I. ZELDES IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR THE COURT TO CONSIDER PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE** |

# DECLARATION

I, Helen I. Zeldes, declare and state as follows:

1. I am over the age of 21 years and I am competent to make this Declaration. I have personal knowledge of the facts as stated in this Declaration, or if I rely on business records, I will so personally state. I am an attorney with the law firm Schonbrun Seplow Harris Hoffman & Zeldes, LLP, counsel for Plaintiff. I am a member in good standing of the State Bar of California.

2. I submit this declaration in support of Plaintiff's *Ex Parte* Application for the Court to Consider Plaintiff's Request for Judicial Notice.

3. Attached hereto as **Exhibit 1** is the Request for Judicial Notice.

4. On December 2nd, 2020, I emailed counsel for Defendant Starbucks Corporation ("Starbucks" or "Defendant") at their respective email addresses listed below to inform them that Plaintiff wished to seek judicial notice of newly-discovered evidence and requested to meet and confer with them over Plaintiff's anticipated *ex parte* request for the Court to take judicial notice of the newly-discovered evidence. I also provided them with copies of the additional evidence. A meet-and-confer call was set for December 3rd, 2020. On December 3rd, I spoke to counsel for Defendant listed below and explained to them why Plaintiff believes these documents are pertinent for the upcoming hearing and provided them with several alternatives of how to get this evidence to the Court's attention including requesting permission from the Court to allow both sides supplemental briefing on the newly discovered evidence, leave to amend which would give Defendant an opportunity for full briefing on the issues impacted by the new evidence, or Plaintiff filing a request for judicial notice. Counsel for Defendant requested some time to discuss internally. On December 4, 2020, counsel for Defendant informed me by email that they prefer that we proceed *ex parte* and that they will oppose our application.

5. The names, addresses, telephone numbers and e-mail addresses for Defendant's counsel are as follows:

Sascha Henry
Robert J. Guite
333 South Hope, 43rd Floor
Los Angeles, CA 90071-1422
Telephone: (213) 620-1780
Facsimile: (213) 620-1398
Email: shenry@sheppardmullin.com
Email: rguite@sheppardmullin.com

Pursuant to 28 U.S.C. § 1746, I, Helen I. Zeldes, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of December, 2020 in San Diego, California.

/s/ Helen I. Zeldes
Helen I. Zeldes

# EXHIBIT 1

**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES, LLP**
HELEN I. ZELDES (220051)
hzeldes@sshhzlaw.com
BEN TRAVIS (305641)
btravis@sshhzlaw.com
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 400-4990

PAUL L. HOFFMAN (71244)
hoffpaul@aol.com
JOHN C. WASHINGTON (315991)
jwashington@sshhzlaw.com
200 Pier Avenue, #226
Hermosa Beach, CA 90245
Telephone: (310) 396-0731

CATHERINE E. SWEETSER (271142)
csweetser@sshhzlaw.com
11543 West Olympic Blvd.
Los Angeles, CA 90064
Telephone: (310) 396-0731

*Attorneys for Plaintiff,*
*LORI MYERS.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI MYERS, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STARBUCKS CORPORATION, a Washington Corporation; MARS WRIGLEY CONFECTIONERY US, LLC, a Delaware Corporation; THE QUAKER OATS COMPANY, a New Jersey Corporation and; DOES 1-10, inclusive,<br><br>Defendants. | Case No: 5:20-cv-00335-JWH-SHKx<br><br>*Assigned to: Hon. John. W. Holcomb*<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO STARBUCKS CORPORATION'S MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>**DATE:** December 11, 2020<br>**TIME:** 9:00 AM<br>**COURTROOM:** 2 |

1        Pursuant to Federal Rule of Evidence 201 and the incorporation by reference doctrine, and in connection with its Opposition to Starbucks Corporation's Motion to Dismiss Second Amended Complaint, Plaintiff respectfully requests the Court take judicial notice of Exhibits A-F, which are prior versions of webpages from Starbucks Corporation's ("Starbucks" or "Defendant") website. Plaintiff only recently became aware of these documents as they are no longer readily available on the internet and Plaintiff had to obtain them from the Wayback Machine.

       Federal Rule of Evidence 201(c)(2) provides that a court must take judicial notice of adjudicative facts if requested by a party and supplied with the necessary information. "The court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction or (2) can be accurately and readily determined from sources whose accuracy cannot be reasonably questioned." Fed. R. Evid. 201(b).

       "[I]ncorporation-by-reference is a judicially created doctrine that treats certain documents as though they are part of the complaint itself." *Khoja v. Orexigent Therapeutics, Inc.*, 899 F.3d 988, 1002 (9th Cir. 2018). *see also Viggiano v. Hansen Natural Corp.*, 944 F. Supp. 2d 877, 882–83 (C.D. Cal. 2013) (A Court may "consider documents that are incorporated by reference but not physically attached to the complaint if they are central to plaintiffs' claim and no party questions their authenticity")

       Starbucks previously requested that the Court take judicial notice of its website in support of its Motion to Dismiss the First Amended Complaint asserting that it is incorporated by reference into the Complaint since the website is on Defendant's product label which was included in the Complaint. *See*, Dkt. 43. Therefore, Exhibits A-F which are prior versions of the website both during and prior to the class period, are by Defendant's own admission subject to incorporation by reference and necessary as full and surrounding context to the statements on the website.

1   These Exhibits are all relevant to the determination of Defendant's Motion
2   to Dismiss as they serve to demonstrate that child and slave labor existed in
3   Starbucks' cocoa supply chain and its cocoa was not 100% ethically sourced,
4   despite its product label stating it was. The documents also demonstrate how
5   Starbucks interprets "Ethically Sourced".
6   For these reasons, the Court should incorporate these Exhibits A through F
7   by reference to provide the necessary context to evaluate Plaintiff's claims as a
8   matter of law. *See Knievel v. ESPN*, 393 F.3d 1068, 1076–78 (9th Cir. 2005).
9   Furthermore, the authenticity of these documents cannot be subject to
10  reasonable dispute as they are from Defendant's own website and are therefore
11  proper subjects of judicial notice.
12  Defendant may assert in response to this Request that these documents are
13  not subject to judicial notice because Plaintiff has never alleged reviewing them.
14  This is a red herring. \The Ninth Circuit has made clear, "[w]hether or not
15  [Plaintiff] had access to and reviewed the proffered documents is a matter unrelated
16  to their authenticity—i.e., whether the documents are 'what its proponent
17  claims'"—and "does not address, much less cast doubt on, whether the copies are
18  accurate reproductions." *Davis v. HSBC Bank Nevada, N.A.,* 691 F.3d 1152, 1161
19  (9th Cir. 2012).
20  Defendant may also argue that Plaintiff is presenting these documents
21  untimely to the Court. However, Plaintiff only recently became aware of these
22  prior versions, as Defendant did not mention them or present them to the Court
23  when submitting its own RJN in support of its Motion to Dismiss the First
24  Amended Complaint seeking to incorporate the relevant page from its website, and
25  these versions were solely in Defendant's possession. Therefore, Plaintiff
26  presented them as soon as she became aware of them. Furthermore, Fed. R. Evid.
27  201(d) states that the Court may take judicial notice at any stage of the proceeding.
28  To the extent that Defendant asserts they have not had the opportunity to address

these documents, at the very least Plaintiff should be granted leave to amend her Complaint to incorporate these versions and add additional facts.

Plaintiff therefore respectfully requests that the Court incorporate by reference and/or take judicial notice of the attached Exhibits A-F.

Respectfully submitted,

Date: December 4, 2020

SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES, LLP

By: /s/ *Helen I. Zeldes*
Helen I. Zeldes
Paul Hoffman
Catherine Sweetser
John Washington
Ben Travis

*Attorneys for Plaintiff,*
*LORI MYERS.*

# EXHIBIT A

# Ethically Sourced Cocoa

Share   

Cocoa is contained in some of our most popular beverages, such as our Caffè Mochas and Mocha Frappuccino® blended coffees.

Just like coffee, our approach to cocoa buying is designed to ensure a long-term supply of high-quality, ethically sourced cocoa while contributing positively to the environment and to cocoa-farming communities. To achieve this, in 2007, we launched a two-year pilot using a set of responsible buying guidelines that we call Cocoa Practices, modeled after our guidelines for ethical coffee sourcing.

### ETHICAL SOURCING

Responsibly Grown Coffee

Supporting Farmers and Their Communities

Ethically Sourced Tea

Ethically Sourced Cocoa

Ethical Suppliers & Products

## What We've Been Doing

The Cocoa Practices program is designed to verify the supply chain for the cocoa beans that will ultimately end up in our beverages and provide valuable sustainability information to producers and purchasers alike. As in the C.A.F.E Practices program, the inspections are performed by independent verifiers that are trained and audited by a third party, Scientific Certification Systems (SCS).

By the end of fiscal 2009, we finished the pilot with very encouraging results. The program is impacting around 12,000 farmers across 24 cooperatives. We are improving their competitiveness by connecting them to the consumer in a way that reduces transaction costs and improves transparency.

### World Cocoa Foundation



The World Cocoa Foundation works to raise farmer incomes and encourage responsible, sustainable cocoa farming.

Learn more

## What We're Working On

Starbucks continues to collaborate with The World Cocoa Foundation (of which Starbucks is a member), Gates Foundation, and prospective suppliers, to improve farmers' livelihoods and help drive sustainability at the source.

We're committed to improving the Cocoa Practices Guidelines and increasing our purchases of responsibly grown cocoa. Specifically we plan to:

- Increase cocoa purchases from verified and approved Cocoa Practices suppliers to 42% in 2010.
- Update the criteria in Cocoa Practices based on feedback from verifiers, suppliers and the program auditor.
- Support cocoa-growing communities through the ECHOES Alliance project by contributing $200,000 over three years.
- Collaborate with the World Cocoa Foundation and the Bill and Melinda Gates Foundation to support the Cocoa Livelihoods Program in West Africa.

# EXHIBIT B

# Ethically Sourced Cocoa

Cocoa is contained in some of our most popular beverages, such as our Caffè Mochas and Mocha Frappuccino® blended coffees.

Just like coffee, our approach to cocoa buying is designed to ensure a long-term supply of high-quality, ethically sourced cocoa while contributing positively to the environment and to cocoa-farming communities. To achieve this, in 2007, we launched a two-year pilot using a set of responsible buying guidelines that we call Cocoa Practices, modeled after our guidelines for ethical coffee sourcing.

## What We've Been Doing

The Cocoa Practices program is designed to verify the supply chain for the cocoa beans that will ultimately end up in our beverages and provide valuable sustainability information to producers and purchasers alike. As in the C.A.F.E Practices program, the inspections are performed by independent verifiers that are trained and audited by a third party, Scientific Certification Systems (SCS).

By the end of fiscal 2010, we finished the pilot with very encouraging results. The program is impacting around 16,000 farmers across 42 cooperatives. We are improving their competitiveness by connecting them to the consumer in a way that reduces transaction costs and improves transparency.

## What We're Working On

Starbucks continues to collaborate with The World Cocoa Foundation (of which Starbucks is a member), Gates Foundation, and prospective suppliers, to improve farmers' livelihoods and help drive sustainability at the source.

We're committed to improving the Cocoa Practices Guidelines and increasing our purchases of responsibly grown cocoa. Specifically we plan to:

Update the criteria in Cocoa Practices based on feedback from verifiers, suppliers and the program auditor.

---

**ETHICAL SOURCING**

Responsibly Grown Coffee

Supporting Farmers and Their Communities

Ethically Sourced Tea

Ethical Suppliers & Products

### World Cocoa Foundation



The World Cocoa Foundation works to raise farmer incomes and encourage responsible, sustainable cocoa farming.

Learn more

# EXHIBIT C

 COFFEE    MENU    COFFEEHOUSE    RESPONSIBILITY    CARD    SHOP        My Bag  

# Cocoa

## Like coffee, our approach to cocoa buying is designed to ensure a long-term, high-quality supply while contributing positively to the environment and cocoa-farming communities.

Our approach to buying cocoa, is also based on a commitment to ensuring a long-term supply of high-quality, ethically sourced cocoa while contributing positively to the environment and to cocoa-farming communities. Our Cocoa Practices program seeks to verify the supply chain for the cocoa beans used in our beverages, with inspections performed by independent verifiers overseen by SCS Global Services.

Our Cocoa Practices program is designed to understand the supply chain for cocoa beans and provide valuable sustainability information to producers and purchasers alike. As in the C.A.F.E Practices program, the inspections are performed by independent verifiers that are trained and audited by SCS Global Services.

Our Cocoa Practices program has helped us identify key areas for improvement and increased our understanding of the dynamics of cocoa farming in West Africa.



# EXHIBIT D



# Cocoa

## Our Goal: 100% ethically sourced cocoa by 2020 for all Starbucks cocoa based beverages

Like coffee, our approach to cocoa buying is designed to ensure a long-term, high-quality supply while contributing positively to the environment and cocoa-farming communities. In 2008, we launched COCOA Practices, influenced by our coffee ethical sourcing program, C.A.F.E. Practices. Since then, we have continued to expand the number of participating cocoa farmers in the program.

Our **Cocoa Practices program** is designed to understand the supply chain for cocoa beans and provide valuable sustainability information to producers and purchasers alike. As in the C.A.F.E Practices program, the inspections are performed by independent verification organizations that are trained and audited by **SCS Global Services**.

Our Cocoa Practices program has helped us identify key areas for improvement and increased our understanding of the dynamics of cocoa farming in West Africa.



**ETHICAL SOURCING**

Ethical Sourcing: Coffee

Our Goal: 100% ethically sourced tea by 2020

Manufactured Goods

**World Cocoa Foundation**



The World Cocoa Foundation works to raise farmer incomes and encourage responsible, sustainable cocoa farming.
Learn more

# EXHIBIT E



COFFEE    TEA    MENU    COFFEEHOUSE    SOCIAL IMPACT    STARBUCKS REWARDS    STORIES    GIFT CARDS

Starbucks® Rewards gets better on 4/16 »

Find a Store | Sign In

# Cocoa

## Our Goal: 100% ethically sourced cocoa by 2020 for all Starbucks cocoa based beverages

Like coffee, our approach to cocoa buying is designed to ensure a long-term, high-quality supply while contributing positively to the environment and cocoa-farming communities. In 2008, we launched COCOA Practices, influenced by our coffee ethical sourcing program, C.A.F.E. Practices. Since then, we have continued to expand the number of participating cocoa farmers in the program.

Our Cocoa Practices program is designed to understand the supply chain for cocoa beans and provide valuable sustainability information to producers and purchasers alike. As in the C.A.F.E Practices program, the inspections are performed by independent verification organizations that are trained and audited by SCS Global Services.

Our Cocoa Practices program has helped us identify key areas for improvement and increased our understanding of the dynamics of cocoa farming in West Africa.

We also believe solving problems faced by cocoa farmers requires everyone in the industry to work together. That's why we've supported the efforts of the World Cocoa Foundation since 2008. The World Cocoa Foundation (WCF) is an international membership organization that promotes sustainability in the cocoa sector. WCF provides cocoa farmers with the support they need to grow more quality cocoa and social and economically strengthen their communities.

**ETHICAL SOURCING**
Ethical Sourcing: Coffee
Tea
Manufactured Goods

**World Cocoa Foundation**



The World Cocoa Foundation works to raise farmer incomes and encourage responsible, sustainable cocoa farming.
Learn more

Social Impact . Ethical Sourcing . Cocoa

# EXHIBIT F



Find a Store | Sign In | Join Now

MENU    REWARDS    GIFT CARDS

# Cocoa

## Our Goal: 100% ethically sourced cocoa by 2020 for all Starbucks cocoa based beverages

Like coffee, our approach to cocoa buying is designed to ensure a long-term, high-quality supply while contributing positively to the environment and cocoa-farming communities. In 2008, we launched COCOA Practices, influenced by our coffee ethical sourcing program, C.A.F.E. Practices. Since then, we have continued to expand the number of participating cocoa farmers in the program.

Our Cocoa Practices program is designed to understand the supply chain for cocoa beans and provide valuable sustainability information to producers and purchasers alike. As in the C.A.F.E Practices program, the inspections are performed by independent verification organizations that are trained and audited by SCS Global Services.

Our Cocoa Practices program has helped us identify key areas for improvement and increased our understanding of the dynamics of cocoa farming in West Africa.

We also believe solving problems faced by cocoa farmers requires everyone in the industry to work together. That's why we've supported the efforts of the World Cocoa Foundation since 2008. The World Cocoa Foundation (WCF) is an international membership organization that promotes sustainability in the cocoa sector. WCF provides cocoa farmers with the support they need to grow more quality cocoa and social and economically strengthen their communities.

**ETHICAL SOURCING**

Ethical Sourcing: Coffee

Tea

Manufactured Goods

**World Cocoa Foundation**



The World Cocoa Foundation works to raise farmer incomes and encourage responsible, sustainable cocoa farming.
Learn more

Social Impact . Ethical Sourcing . Cocoa