1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11 LORI MYERS, an individual, on behalf of herself and all others similarly situated,<br>12               Plaintiff,<br>13    vs.<br>14 STARBUCKS CORPORATION, a Washington Corporation; MARS<br>15 WRIGLEY CONFECTIONERY US, LLC, a Delaware Corporation; THE QUAKER<br>16 OATS COMPANY, a New Jersey Corporation and; DOES 1-10, inclusive,<br>17              Defendants. | Case No: 5:20-cv-00335-JWH-SHKx<br><br>*Assigned to: Hon. John. W. Holcomb*<br><br>**DENIED ORDER RE: PLAINTIFF'S *EX PARTE* APPLICATION FOR THE COURT TO CONSIDER PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE** |

18
19
20
21
22
23
24
25
26
27
28

# DENIED ORDER

Having considered Plaintiff's *Ex Parte* Application for the Court to Consider Plaintiff's Request for Judicial Notice, and GOOD CAUSE APPEARING,

**IT IS HEREBY ORDERED:**

Plaintiff's Application is granted. The Court will consider Plaintiff's Request for Judicial Notice in determining whether to grant or deny Defendant Starbucks Corporation's Motion to Dismiss.

**IT IS SO ORDERED.**

Dated: December 7, 2020

**DENIED**
BY ORDER OF THE COURT
_____
HONORABLE JOHN W. HOLCOMB
*UNITED STATES DISTRICT JUDGE*

1