# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI MYERS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STARBUCKS CORPORATION; MARS WRIGLEY CONFECTIONERY US, LLC; THE QUAKER OATS COMPANY; and, Does 1-10, inclusive,<br><br>Defendants. | Case No. 5:20-cv-00335-JWH-SHK<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Motion of Defendant Mars to Dismiss [ECF No. 67]; Granting Motion of Defendant Quaker Oats to Dismiss [ECF No. 69]; and Denying Motion of Defendant Starbucks to Dismiss [ECF No. 70]" entered on or about May 5, 2021 (the "<u>Rule 12(b)(6) Order</u>"), and pursuant to the "Stipulation of Dismissal Against Starbucks Corporation" filed on or about September 9, 2022, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332(d).

2. The claims of Plaintiff Lori Myers against Defendant Mars Wrigley Confectionery US, LLC and Defendant The Quaker Oats Company were **DISMISSED with prejudice** on or about May 5, 2021, pursuant to the Rule 12(b)(6) Order.

3. The claims of Plaintiff Lori Myers against Defendant Starbucks Corporation were **DISMISSED with prejudice** on or about September 9, 2022, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

4. Defendants Does 1 through 10 are **DISMISSED**.

5. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: September 30, 2022

John W. Holcomb
UNITED STATES DISTRICT JUDGE